ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
STEFANIA MESSINA, ESQUIRE – State Bar #362207
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411
Email:   ztolson@gnhllp.com; smessina@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (Erroneously sued as THE HOME DEPOT USA, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDA KARIMI,<br><br>                     Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, USA, INC.;<br>DOES 1 TO 5,<br><br>                     Defendants. | Case No. 5:25-cv-07913 NC<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

Plaintiff Neda Karimi ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively "Parties") stipulate as follows:

1. On or about May 15, 2025, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Karimi, Neda v. Home Depot U.S.A., Inc.* and DOES 1-5, inclusive, as Case No. 25CV465995 ("the Action").

2. Defendant answered the complaint and filed a notice of removal of the Action with the United States District Court for the Northern District of California on September 17, 2025.

3. Plaintiff stipulates that they will not be seeking in excess of $74,999 in damages in the Action.

-1-
JOINT STIPULATION TO REMAND; ORDER – Case No. 5:25-cv-07913-NC

4. This stipulation shall be admissible in state court as to the limit on damages.

5. The Parties stipulate that the Action be remanded to the Santa Clara County Superior Court.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: September 29, 2025        GOODMAN NEUMAN HAMILTON LLP

By: */s/ Zachary S. Tolson*
ZACHARY S. TOLSON
STEFANIA MESSINA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: September 29, 2025        LAW OFFICES OF HEATHER GIBSON, P.C.

By: */s/ Heather E. Gibson*
HEATHER E. GIBSON
Attorneys for Plaintiff Neda Karimi

**ORDER**

On September 29, 2025, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Northern District of California Case No. 5:25-cv-07913-SVK titled *Karimi, Neda v. Home Depot U.S.A., Inc.* is hereby remanded to Santa Clara County Superior Court.

IT IS SO ORDERED.

Dated: September 29, 2025



_____
United States

GRANTED
Judge Nathanael M. Cousins

-3-

JOINT STIPULATION TO REMAND; ORDER – Case No. 5:25-cv-07913-NC